IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LICKERISH, LTD., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-18-CV-0105-LY |
| | § | |
| BLASTRO, INC. AND DOES 1 THROUGH 10, | § | |
| DEFENDANTS. | § | |

# **FINAL JUDGMENT**

Before the court is the above styled and numbered cause. On this date by separate order the court dismissed with prejudice all claims asserted in this case by Plaintiff Lickerish, Ltd. against Defendants Blastro, Inc. and Does 1 through 10 and ordered that each party bear its own fees and costs. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _30th_ day of January, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE